# Court of Appeals
# of the State of Georgia

ATLANTA,  August 16, 2012

*The Court of Appeals hereby passes the following order:*

**A12A2371. CHARLES DC ALLEY v. THE STATE.**

Charles Alley has filed a notice of appeal from the trial court's order denying his pro se "Motion for Guilty Plea Transcript and Other Parts of Record Thereto." The trial court's order was entered on May 25, 2006, and Alley filed his notice of appeal on July 6, 2006.

Pretermitting whether the court's order is directly appealable, Alley's appeal is untimely. OCGA § 5-6-38 (a) requires that a notice of appeal be filed within 30 days of entry of the order on appeal. The proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon this Court. *Couch v. United Paperworkers Intl. Union*, 224 Ga. App. 721 (482 SE2d 704) (1997). Alley filed his notice of appeal 42 days after entry of the order he seeks to appeal. His application is thus untimely, and it is hereby DISMISSED for lack of jurisdiction.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 08/16/2012
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____, *Clerk.*